**Donnell HURT, Plaintiff–Appellant,**

v.

**Richard TRODDEN, Commonwealth Attorney for Arlington County; William Wetzonis, Assistant Commonwealth Attorney for Arlington County; Arlington County Police Department; Harry Dennis, Attorney at Law and an agent of the Commonwealth of Virginia, Defendants–Appellees.**

**No. 11–7060.**

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 15, 2011.

Decided: Dec. 30, 2011.

Donnell Hurt, Appellant Pro Se.

Before AGEE and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donnell Hurt appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hurt v. Trodden,* No. 1:11–cv–00625–LO–JFA (E.D.Va. July 13, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*